UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. TAYLOR,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DISTRICT ATTORNEY,<br><br>　　　　　Respondent. | No. 2:24-cv-1400 SCR P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  In addition, the petition was not signed by petitioner.  Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing.  Fed. R. Civ. P. 11(a).  Thus, the court is unable to consider the petition unless petitioner signs and re-files the petition.

　　　　Accordingly, petitioner is provided an opportunity to re-file the petition bearing his signature.  Failure to submit a signed amended petition will result in a recommendation that this action be dismissed.  Petitioner must also either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

////

In accordance with the above, IT IS HEREBY ORDERED as follows:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district and the court's form application for a writ of habeas corpus.

DATED: September 3, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE